UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONNIE BELTHIUS, ) | |
| ) | CASE NO. C10-5587-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF REMAND |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 18, to which no objections have been filed. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 9th day of March, 2011.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER OF REMAND
PAGE -1